J-S45034-16

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| NATHANIEL BROWN, | |
| Appellant | No. 1897 WDA 2014 |

Appeal from the PCRA Order October 2, 2014
in the Court of Common Pleas of Allegheny County
Criminal Division at No.: CP-02-CR-0013099-2006

BEFORE:  OLSON, J., DUBOW, J., and PLATT, J.[*]

JUDGMENT ORDER BY PLATT, J.:                **FILED MAY 09, 2017**

Appellant, Nathaniel Brown, appeals from the order of October 2, 2014, which dismissed, following a hearing, his first petition brought under the Post Conviction Relief Act (PCRA), 42 Pa.C.S.A. §§ 9541-9546.  For the reasons discussed below, we dismiss the appeal, strike the **_Anders_** brief, and deny counsel's motion to withdraw as moot.

On January 3, 2013, Appellant filed the instant, *pro se* PCRA petition. The PCRA court appointed counsel, and, following a hearing, dismissed the petition on October 2, 2014.  The instant appeal followed.[1]

---

[*] Retired Senior Judge assigned to the Superior Court.

[1] Appellant complied with Pennsylvania Rule of Appellate Procedure 1925(b). **_See_** Pa.R.A.P. 1925.

Our review of the record demonstrated that, on March 11, 2015, Appellant had filed a petition seeking leave to proceed *pro se* on appeal, which had not been acted on by the PCRA court. Accordingly, by order of July 29, 2016, this Court remanded the matter for a hearing pursuant to **Commonwealth v. Grazier**, 713 A.2d 81 (Pa. 1998). Following the hearing, by order of December 20, 2016, the PCRA court granted Appellant's request to proceed *pro se* on appeal, and also granted appellate counsel's request to withdraw. (**See** Order, 12/20/16, at unnumbered page 1).

This Court received the PCRA court record on February 8, 2017. That same day, we issued a briefing schedule and directed Appellant to file his *pro se* appellate brief on or before March 10, 2017. Appellant has not filed a brief. Accordingly, we dismiss this appeal for failure to file a brief. Further, we strike the **Anders** brief and deny counsel's motion to withdraw as moot.

Appeal dismissed. **Anders** brief stricken. Motion denied. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 5/9/2017

- 2 -

.